■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STANLEY DAVIDSON, Appellant, v WILSON WALTERS et al., Respondents. — In a habeas corpus proceeding, the appeal is from an order of the Supreme Court, Westchester County (Walsh, J.), dated September 15, 1981, which dismissed the writ. ¶ Appeal dismissed as academic, without costs or disbursements. ¶ The petitioner has been released from prison (see *People ex rel. Wilder v Markley,* 26 NY2d 648; *People ex rel. Giles v Walters,* 90 AD2d 801). Lazer, J. P., Mangano, Gibbons and Niehoff, JJ., concur.